**Order entered July 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00659-CV

**NANCY JEAN PETTERSON, Appellant**

**V.**

**TOMMY CANSLER, TCCI LAND DEVELOPMENT INC., AND INDEPENDENT BANK, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11147**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellant's motion for extension of time under TRAP 26.3.

/s/     LESLIE OSBORNE
           JUSTICE